**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 00-6988**

―――――――

In Re: PATRICK EDWIN RUDD,

                                    Petitioner.

―――――――

On Petition for Writ of Mandamus.  (CA-00-279-5)

―――――――

Submitted:  August 30, 2000       Decided:  September 11, 2000

―――――――

Before WIDENER,[*] NIEMEYER, and WILLIAMS, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Patrick Edwin Rudd, Petitioner Pro Se.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

―――――――

    [*] Judge Widener did not participate in consideration of this
case.  The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d) (1994).

PER CURIAM:

Patrick Edwin Rudd has filed a petition for a writ of mandamus seeking an order directing the district court to grant him a certificate of appealability. Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980) (internal quotation marks omitted). Rudd has not made such a showing.[*] Accordingly, we dismiss the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Insofar as Rudd's petition for a writ of mandamus may be construed as a notice of appeal from the district court's denial of his motion for a certificate of appealability, we find that the district court did not err in denying the motion.